

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-13-00370-CV

**IN RE** Rowland J**. MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On September 22, 2014, relator filed a "Motion to Modify Final Order" in this original proceeding. The panel has considered this motion and all relief requested is DENIED.

It is so **ORDERED** on September 30, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court